# UNITED STATES DISTRICT COURT
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Isaac Sanchez-Enriquez** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: **1:10CR00917-001JB**<br>USM Number: **08600-280**<br>Defense Attorney: **James C. Loonam, Appointed** |

THE DEFENDANT:

☒  admitted guilt to violations of condition(s) **MC** of the term of supervision.
☐  was found in violation of condition(s)  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | MC-The defendant committed another federal, state, or local crime. | 01/21/2010 |

The defendant is sentenced as provided in pages 1 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)  and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| | **May 25, 2010** |
| Defendant's Soc. Sec. No. | Date of Imposition of Judgment |
| **04/03/1984** | **/s/ James O. Browning** |
| Defendant's Date of Birth | Signature of Judge |
| **Bittingham Municipo de Gomez Palacio**<br>**Durango MX** | **Honorable James O. Browning**<br>**United States District Judge** |
| Defendant's Residence Address | Name and Title of Judge |
| , | **July 9, 2010** |
| Defendant's Mailing Address | Date Signed |
| County of Residence | |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment                                                                                                                         Judgment Page 2 of 2

Defendant: **Isaac Sanchez-Enriquez**
Case Number: **1:10CR00917-001JB**

# IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months**.

**Said term shall run concurrently to the sentence imposed in Case No. 2:10CR00608-001 JB**

**The Court declines to follow the policy recommendation and will run the sentence imposed concurrent to the sentence imposed in the underlying matter.**

☐  The court makes these recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.
☐  The defendant must surrender to the United States Marshal for this district:
   ☐  at  on
   ☐  as notified by the United States Marshal.
☐  The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐  before 2 p.m. on
   ☐  as notified by the United States Marshal
   ☐  as notified by the Probation or Pretrial Service Office.

# RETURN

I have executed this judgment by:


Defendant delivered on _____ to
_____ at _____ with a Certified copy of this judgment.


_____
UNITED STATES MARSHAL


_____
Deputy United States Marshal